UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**USA**

- against -

**DENROY DWAYNE BRISCOE,**

Defendant.

No. 7:26-cr-464(NSR)

**ORDER ACCEPTING PLEA ALLOCUTION**

NELSON S. ROMÁN, U.S.D.J.:

The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the Record. The Report and Recommendation of the Honorable Victoria Reznik, United States Magistrate Judge, dated October 19, 2026, is approved and accepted.

SO ORDERED.

Dated: October 19, 2026
White Plains, New York

Nelson S. Román
United States District Judge